UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERONICA RAMIREZ-SERRANO,

      Plaintiff,

Case No. 17-cv-11145
Hon. Matthew F. Leitman

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT FIELD OFFICE
DIRECTOR,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: April 13, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2017, by electronic means and/or ordinary mail.

      s/Holly A. Monda
      Case Manager
      (313) 234-5113